THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. COMSTOCK, Appellant, *v.* GEORGE A. MORRISON, JR., Defendant.

THE MANHATTAN RAILWAY COMPANY, Respondent.

*People ex rel. Comstock v. Morrison,* 54 App. Div. 262, affirmed.
(Argued January 8, 1901; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1900, reversing an order of Special Term directing the issuance of a peremptory writ of mandamus requiring the defendant as one of the commissioners of appraisal in condemnation proceedings to sign the report thereof.

*James C. Bushby, C. N. Bovee, Jr.,* and *L. M. Berkeley* for appellant.

*William H. Godden, Julien T. Davies* and *Charles A. Gardiner* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.